## United States District Court for the Northern District of Illinois

Case Number: 08CV3583         Assigned/Issued By: DAJ

Judge Name: GOTTSCHALL        Designated Magistrate Judge: MASON

---

### FEE INFORMATION

*Amount Due:*   [✓] $350.00     [ ] $39.00      [ ] $5.00

                [ ] IFP         [ ] No Fee      [ ] Other _____

                [ ] $455.00

Number of Service Copies _____        Date: _____

(For Use by Fiscal Department Only)

Amount Paid: 350.00                    Receipt #: 2879742

Date Payment Rec'd: 06/23/08           Fiscal Clerk: DAJ

---

### ISSUANCES

[✓] Summons                            [ ] Alias Summons

[ ] Third Party Summons                [ ] Lis Pendens

[ ] Non Wage Garnishment Summons       [ ] Abstract of Judgment

[ ] Wage-Deduction Garnishment Summons    _____
                                          _____
[ ] Citation to Discover Assets           (Victim, Against and $ Amount)

[ ] Writ _____
         (Type of Writ)

__1__ Original and __0__ copies on __06/23/08__ as to __DEF._____
                                   (Date)

_____

_____

C:\wpwin80\docket\feeinfo.frm     03/14/05