6-26-08 BTB137904                                                                 65100/1157LIT-4796

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JAMES T. SULLIVAN, etc., | ) | |
| | ) | No. 08 C 3583 |
| Plaintiff, | ) | |
| | ) | Judge Gottschall |
| v. | ) | |
| | ) | Magistrate Judge Mason |
| TAG PLUMBING CO., | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF DISMISSAL PURSUANT TO**
**FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)**

Plaintiff files this Notice Of Dismissal pursuant to Fed.R.Civ.P.41(a)(1). The Defendant has neither appeared nor answered the Complaint.

JAMES T. SULLIVAN, etc.

By: s/ Brian T. Bedinghaus
Brian T. Bedinghaus
20 North Clark Street, Suite 3200
Chicago, Illinois 60602
(312)580-1269

Lewis, Overbeck & Furman, LLP
20 North Clark Street
Suite 3200
Chicago, IL 60602-5093
312-580-1200